UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:11-cr-00148-LRH-VPC |
| Plaintiff, | |
| vs. | MINUTES OF THE COURT |
| | DATED: July 18, 2012 |
| EDWARD R. CORKINS, | |
| Defendant(s). | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete       Reporter: None Appearing
U.S. Attorney: None Appearing       Counsel for Defendants: None Appearing

MINUTE ORDER IN CHAMBERS XXX

   Defendant's Motion to Continue Sentencing (First Request), doc #20 was filed on July 10, 2012. Government's Opposition to Defendant's Motion to Continue Sentencing, doc #21 was filed July 11, 2012. The Court has reviewed all briefing.

   IT IS ORDERED Defendant's Motion to Continue Sentencing (First Request), doc #20 is GRANTED. IT IS FURTHER ORDERED that Imposition of Sentence shall be continued to Tuesday, August 7, 2012, at 10:00 a.m. in Reno Courtroom 5 before Judge Larry R. Hicks. Counsel have been notified of, and are in agreement with the date and time.

                                          LANCE S. WILSON, CLERK


                                          By:    D. NEGRETE
                                                 Deputy Clerk